THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WHITMEL H. SMITH, Appellant.

*People* v. *Smith*, 166 App. Div. 903, affirmed.
(Submitted April 19, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1914, which affirmed a judgment

of the Kings County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Whitmel H. Smith,* appellant, in person.

*James C. Cropsey, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.